CORY J. HILTON, ESQ.
Nevada Bar No. 4290
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
**MOUNTAIN VISTA LAW GROUP LLC**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**********

| | |
|---|---|
| ISRAEL GARDUNO, individually; | Case No.: 2:18-cv-01370-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND SUBMISSION DATE FOR JOINT PRE-TRIAL ORDER** |
| WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.; DOES I - X; and ROE CORPORATIONS XI - XX, inclusive, | **[FIRST REQUEST]** |
| Defendant(s). | |

Plaintiff ISRAEL GARDUNO ("Plaintiff") and Defendants WAL-MART ASSOCIATES, INC. and WAL-MART STORES, INC. (collectively "Walmart"), by and through their respective counsel of record, do hereby stipulate to extend the present date set by the Court upon which to file the Joint Pre-Trial Order in this matter.

| | |
|---|---|
| Current Date: | Tuesday, February 18, 2020 |
| Proposed Date: | Tuesday, February 25, 2020 |

///

///

///

1

Pursuant to Local Rule IA 6-1(a), this is the first request for an extension of time on the submission date of the Joint Pre-Trial Order. This request is made in the interest of facilitating settlement negotiations between the parties. The parties aver that this request for extension of the deadline at issue is made by the parties in good faith and not for the purpose of delay.

DATED this 14th day of February, 2020.

| | |
|---|---|
| */s/ Joseph R. Smith* | */s/ Timothy Kuhls* |
| CORY J. HILTON, ESQ.<br>Nevada Bar No. 4290<br>JOSEPH R. SMITH, ESQ.<br>Nevada Bar No. 13961<br>MOUNTAIN VISTA LAW GROUP LLC<br>5545 South Mountain Vista St., Ste F<br>Las Vegas, NV 89120 | ROBERT K. PHILLIPS, ESQ.<br>Nevada Bar No. 11441<br>TIMOTHY KUHLS, ESQ.<br>Nevada Bar No. 13362<br>PHILLIPS, SPALLAS & ANGSTADT, LLC<br>504 South Ninth Street<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff*<br>*Israel Garduno* | *Attorneys for Defendant*<br>*Walmart Inc.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 2-18-2020