# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ISRAEL GARDUNO,

        Plaintiff,

vs.

WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.,

        Defendants.

2:18-cv-01370-KJD-VCF

**ORDER**

      Before the court are Defendants Wal-Mart Associates, Inc. & Wal-Mart Stores, Inc.'s Motion to Vacate Settlement Conference (ECF No. 59) and Plaintiff's Motion to Strike ECF No. 59, or Opposition to Defendants' Motion to Vacate Settlement Conference (ECF No. 60).

      Wal-Mart requests that the court vacate the settlement conference.  Wal-Mart believes that the parties would not be able to reach a settlement agreement on July 7, 2020.  (ECF NO. 59).  Plaintiff filed a motion to strike and opposes Wal-Mart's motion.  (ECF No. 60).  Plaintiff wishes to proceed with the settlement conference as scheduled.

      A settlement conference was ordered and scheduled by this court for July 7, 2020.  (ECF NO. 57). On June 24, 2020, due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, the court entered a second order on the settlement conference (ECF NO. 58).  The order states, in part, if a party prefers to appear by video conference, the party must notify chambers of that decision by noon, July 1, 2020.

      In compliance with Judge Dawson's Order (ECF NO. 56), the parties must participate in the settlement conference, as scheduled.

      Accordingly,

IT IS HEREBY ORDERED that Defendants Wal-Mart Associates, Inc. & Wal-Mart Stores, Inc.'s Motion to Vacate Settlement Conference (ECF No. 59) and Plaintiff's Motion to Strike ECF No. 59, or Opposition to Defendants' Motion to Vacate Settlement Conference (ECF No. 60) are DENIED.

The settlement conference will proceed as scheduled on July 7, 2020. The settlement conference will be conducted by **video conference** and the parties must contact chambers at **4:00 PM, July 1, 2020**, to do a test run of the video conference. The parties are reminded that it is their responsibility to set-up the video conference. (ECF No. 58).

The court has received Plaintiff's confidential settlement statement. The court will extend the time for defendant to submit its confidential statement. Defendant's confidential settlement statement is due by 4:00 PM, July 1, 2020. All other requirements of ECF No. 57 and 58 remain in effect.

DATED this 30th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE