# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ISRAEL GARDUNO,

        Plaintiff,

vs.

WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.,

        Defendant.

2:18-cv-01370-KJD-VCF

**MINUTE ORDER**

Before the Court is the Notice of Settlement (ECF NO. 65).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for July 7, 2020, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before August 21, 2020.

DATED this 6th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE